

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DEBRA ANN BREEDING A/K/A DEBRA ANN HOLLAND., | § | No. 08-21-00009-CV |
| | § | Appeal from the |
| Appellant, | § | 266th District Court |
| v. | § | of Erath County, Texas |
| EDWARD ALLEN BREEDING, III, | § | (TC# CV35815) |
| Appellee. | § | |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until September 10, 2021. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that Ms. Debra Ann Breeding, Pro Se, prepare the Pro se's Brief and forward the same to this Court on or before September 10, 2021.

IT IS SO ORDERED this 5th day of August, 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.